IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNESTO V. CAPARROTTA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:10-cv-10578 |
| | ) |
| CITIMORTGAGE, INC. D/B/A | ) |
| CITIMORTGAGE D/B/A CITI, | ) |
| AND HARMON LAW OFFICE, P.C., | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANT CITIMORTGAGE, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. Rule 7.1 and D. Mass. L.R. 7.3, Defendant CitiMortgage, Inc. ("CitiMortgage"), through its undersigned counsel, hereby states that the parent corporation of CitiMortgage is Citibank Domestic Investment Corp., whose parent corporation is Citibank, N.A. CitiMortgage, Inc. also is an indirect, wholly-owned subsidiary of publicly-held Citigroup Inc. No other publicly held corporation owns 10% or more of CitiMortgage's stock.

                                              CITIMORTGAGE, INC.

                                              By its attorneys,

                                              /s/ Hilary B. Dudley

Date: April 7, 2010                    Donald E. Frechette (BBO #547293)
                                              EDWARDS ANGELL PALMER & DODGE LLP
                                              90 State House Square, 9th Floor
                                              Hartford, CT 06103
                                              (860) 525-5065 (telephone)
                                              (860) 527-4198 (facsimile)
                                              dfrechette@eapdlaw.com

                                             Hilary B. Dudley (BBO #664165)
                                             EDWARDS ANGELL PALMER & DODGE LLP
                                             111 Huntington Avenue
                                             Boston, Massachusetts  02199-7613
                                             (617) 239-0100 (telephone)
                                             (617) 227-4420 (facsimile)
                                             hdudley@eapdlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 7, 2010, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                           /s/ Hilary B. Dudley